IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ODALYS LEON-SILVERA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 3:16cv236-GMB |
| | ) | |
| HOLLYHAND COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS, APPROVE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE**

Plaintiff Odalys Leon-Silvera ("Plaintiff") and Defendant Hollyhand Companies, Inc. ("Hollyhand" or "Defendant") (collectively, the "Parties"), by and through counsel, respectfully move the Court to: (1) stay all discovery and deadlines in this matter pending review and approval of the parties' proposed Settlement Agreement and Release; (2) conduct a review of the proposed Settlement Agreement and Release ("Settlement Agreement") which the parties are concurrently filing with the Court; (3) approve the Settlement Agreement entered into between the Parties; and (4) enter an Order dismissing with prejudice all of the claims alleged in the lawsuit against Defendant by Plaintiff. In the alternative, should the Court find that it needs additional information or if the Parties' proposed Settlement Agreement needs to be revised in order to obtain approval, the Parties request that the Court stay all discovery and deadlines in this matter so that the

Parties can submit the additional information or revise the proposed Settlement Agreement accordingly.

In Support of this Motion, the Parties state as follows:

1. This action was filed by Plaintiff on April 6, 2016, alleging claims for unpaid overtime under the Fair Labor Standards Act ("FLSA").

2. Defendant denies that Plaintiff is entitled to any overtime compensation and contends that Plaintiff has been properly paid under the FLSA for all hours worked.

3. In an effort to avoid expenses associated with the litigation of this action and any appeal or post-verdict motions that may be filed, the parties have reached a settlement agreement and have memorialized the agreement in a document.

4. The Parties are providing to the Court a copy of the settlement agreement signed by Plaintiff outlining the proposed payment to Plaintiff and her attorney. (Attached as Exhibit A).

5. The settlement is a fair and reasonable compromise of Plaintiff's claims under the FLSA.

6. Upon approval of this agreement, the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own costs.

Concurrently, the Parties are submitting a Memorandum Of Law In Support Of Joint Motion For Approval Of Settlement Agreement And For Order Of Dismissal With Prejudice.

**WHEREFORE** , the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreement and dismissing this action with prejudice.  The Parties further request that the Court consider holding any hearing by telephone in order to reduce required travel for Plaintiff Leon-Silvera, who resides in Lee County.

Respectfully submitted this 3rd day of March, 2017.

| | |
|---|---|
| s/ Patrick L. Hays, Jr. | s/ Katherine Suttle Weinert |
| Patrick L. Hays, Jr. | Katherine Suttle Weinert |
| | |
| **HAYS LAW FIRM** | **LITTLER MENDELSON, P.C.** |
| 415 East Commerce Street, Suite 201 | 420 20th Street North, Suite 2300 |
| Greenville, AL 36037 | Birmingham, AL  35203-3204 |
| Telephone:(334.371.4297 | Telephone: 205.421.4700 |
| phays@hays-lawfirm.com | kweinert@littler.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| Odalys Leon-Silvera | Hollyhand Companies, Inc. |