IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ODALYS LEON-SILVERA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 3:16cv236-GMB |
| | ) | |
| HOLLYHAND COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Order Approving Settlement entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

1. The parties' Joint Motion for Approval of the Proposed Settlement Agreement (Doc. 23) is GRANTED, and the settlement is approved.

2. This action is DISMISSED WITH PREJUDICE, with costs taxed as paid.

The Clerk of Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is closed.

DONE this 21st day of March, 2017.

/s/ Gray M. Borden
UNITED STATES MAGISTRATE JUDGE